IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIMBERLY HOLLINGSWORTH        *
                              *
                              *
v.                            *      Civil No. – JFM-13-3527
                              *
PENNY PRITZKER                *
                           ******

## MEMORANDUM

Plaintiff has filed an action alleging employment discrimination. Defendant has filed a motion for summary judgment. Plaintiff has not responded to the motion.

Plaintiff has not alleged sufficient facts to establish that she was "disabled" within the meaning of the Americans with Disability Act prior to the enactment of the Amendment Act of 2008 to the ADA, which occurred after plaintiff's claims allegedly arose. Further, plaintiff did not provide defendant with the information that defendant would have required to make a reasonable accommodation for her.

Plaintiff's claim for retaliation fails because she was not provided any information showing a cause or connection between any alleged charge of discrimination that she filed in the action taken against her. Further, to the extent that plaintiff alleges a claim for race-based discrimination, the claim fails because she was presented no evidence that a member of a non-protected class was treated more favorably than was she.

A separate order is being entered herewith.

Date: 3/15/16

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 MAR 16 PH 12: 02
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY